## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| JL POWELL LLC and<br>JL POWELL CLOTHING LLC,<br><br>Plaintiffs,<br><br>v.<br><br>JOSHUA L. POWELL,<br>*individually and doing business as*<br>THE FIELD, *doing business as*<br>THE FIELD OUTFITTING, *doing business*<br>*as* THE FIELD OUTFITTING COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Docket No. 2:13-cv-00160-NT |

## STIPULATION FOR FINAL JUDGMENT
## AND DECREE OF PERMANENT INJUNCTION

Plaintiffs JL Powell LLC and JL Powell LLC and Defendant Joshua L. Powell, individually and d/b/a The Field, d/b/a The Field Outfitting, and d/b/a The Field Outfitting Company (collectively, "the Parties") wish to contest this civil action no further.  They therefore consent to the entry of a Final Judgment and Decree of Permanent Injunction on the terms set forth below and stipulate as follows:

1. The Parties hereby consent to the entry of a Final Judgment and Decree of Permanent Injunction on the following terms:

   a. Defendant Joshua L. Powell is PERMANENTLY ENJOINED from using his name in the catalog (both print and digital versions) of, and from having his name appear on the website of, his business venture

known as The Field, The Field Outfitting, and/or The Field Outfitting Company, and/or any other business engaged in the retail sale of men's apparel.  Provided, however, that Mr. Powell may provide an informational disclosure on the website of any such business that identifies Joshua L. Powell as an employee, officer, or board member of any such business, so long as such disclosure does not appear on the home page of the website;

b.  For a period of one-year from the date entry of this Final Judgment and Decree, but not thereafter, Defendant Joshua L. Powell is FURTHER ENJOINED from affirmatively using his name, or permitting or encouraging any other person or entity to use his name to publicize, advertise, or market his business venture known as The Field, The Field Outfitting, and/or The Field Outfitting Company, and/or any other business engaged in the retail sale of men's apparel.   Such injunction does not prohibit disclosures by Mr. Powell to governmental entities or regulatory bodies, such as the securities exchanges, to the extent required by applicable law;

c.  Upon the expiration of one-year from the date of entry of this Final Judgment and Decree of Permanent Injunction, except for the permanent injunction against the Defendant provided in paragraph (a) above, Defendant Joshua L. Powell shall have no further obligations or restrictions under Section 7.1(b) of the Contribution Agreement dated as

of March 10, 2010 (Plaintiffs' Exhibit 42 at Hearing on Plaintiffs'

Motion for Preliminary Injunction);

    d.   Plaintiff JL Powell Clothing LLC is PERMANENTLY ENJOINED

from using Defendant Joshua L. Powell's signature in connection with

its business.

2.     The Defendant admits that this Court has personal jurisdiction over him.

3.     The Parties waive the entry of findings of fact and conclusions of law and
voluntarily consent to the entry of this permanent injunction under Rule 65
of the Federal Rules of Civil Procedure without further notice.

4.     The Parties waive any rights they may have to appeal from this Final
Judgment and Decree of Permanent Injunction.

5.     Plaintiffs have not asserted any claims for damages or other monetary relief
in this action.  Defendant's counterclaims for damages and other monetary
relief are dismissed with prejudice and without costs to any party.

6.     The Parties shall bear respectively their own costs, attorneys' fees, and
other expenses of this litigation.

7.     The Parties consent to personal jurisdiction and venue in this Court for any
future action brought by one of the Parties to enforce or otherwise seek
relief for any alleged violation of this Final Judgment and Decree of
Permanent Injunction.

Dated: June 24, 2015                              Respectfully submitted,


MURRAY, PLUMB & MURRAY                     /s/Thomas C. Newman
75 Pearl Street; P.O. Box 9785             Thomas C. Newman
Portland, ME  04104-5085                   *tnewman@mpmlaw.com*
(207) 773-5651                             Attorney for Plaintiffs


Joshua L. Powell                           /s/ Joshua L. Powell
203 W. Front Street                        Joshua L. Powell,
Buchanan, MI 49107                         individually and doing business as
(219) 617-4973                             The Field, The Field Outfitting,
                                           and The Field Outfitting
                                           Company
                                           Defendant *Pro Se*

4

## **CERTIFICATE OF SERVICE**

I certify that on this date I filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing and serve a copy electronically on all parties of record.

Dated: June 29, 2015                               /s/ Thomas C. Newman
                                                   Thomas C. Newman
                                                   *tnewman@mpmlaw.com*

MURRAY PLUMB & MURRAY
75 Pearl Street, P.O. Box 9785
Portland, ME 04104-5085
(207) 773-5651